IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIRONE JENKINS,
Inmate No. B10286,
    Plaintiff,

vs.                                                          Case No.: 3:16cv458/MCR/EMT

MEDICAL HEALTH DEPARTMENT
SANTA ROSA CORRECTIONAL
INSTITUTION,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated May 29, 2018, Plaintiff was given thirty (30) days in which to file an amended complaint (ECF No. 18). The court's order to amend was returned as undeliverable due to the fact that Plaintiff was released from the Desoto Correctional Institution, and the order was resent to his forwarding address (ECF No. 19). The order was not returned, and Plaintiff failed to file an amended complaint. Therefore, on July 6, 2018, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 20). The show cause order was returned

as undeliverable, although it was resent to Plaintiff's release address of 6733 NW 4 Ct. in Miami, Florida (*see* ECF No. 21).  As of the date of this Report and Recommendation, Plaintiff has not provided the court with his current address or filed an amended complaint or anything else with the court.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 7th day of August 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.